# CLARK HILL

Steven M. Richman
T 609.785.2911
F 609.785.2971
Email: SRichman@ClarkHill.com

Clark Hill PLC
210 Carnegie Center
Suite 102
Princeton, NJ 08540
T 609.785.2900
F 609.785.2999

830 Third Avenue
Suite 200
New York, NY 10022

**clarkhill.com**
Resident Members
Steven M. Richman, Esq.
Matt Vigunas, Esq.

November 1, 2021

**E-FILING**

Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the
  District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: TOBII TECHNOLOGY, INC. v. WEINBLATT, Docket No. 2:20-cv-08062
Initial Conference: November 4, 2021

Dear Magistrate Judge Allen:

I represent defendant Lee S. Weinblatt in the above matter. The parties are pleased to report that they have agreed to a resolution of this matter and will submit a stipulation of dismissal shortly. We wanted to advise the Court of this immediately inasmuch as November 1, 2021 was the deadline for submission of the revised scheduling order for the conference on November 4, which can now be canceled.

We respectfully request the Court enter a 60 day Order administratively terminating the action, such that within 60 days after entry of the Order, the parties shall file all papers necessary to dismiss this action or, if, settlement cannot be consummated, request that the action be reopened.

223084045

Honorable Jessica S. Allen, U.S.M.J.
November 1, 2021
Page 2

      Plaintiff concurs in this letter. We thank the Court for all courtesies extended.

                              Respectfully submitted,

                              CLARK HILL PLC

                              *s/Steven M. Richman/*
                              Steven M. Richman

SMR:kh
Cc:     Counsel of Record