UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Tobii Technology, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Lee S. Weinblatt,<br><br>    Defendant. | Case No.: 2:20-cv-08062-BRM-JSA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41** |

  Pursuant to F.R.C.P. 41, it is hereby stipulated and agreed, by and between Plaintiff, Tobii Technology, Inc., and Defendant, Lee S. Weinblatt, through their undersigned counsel, that all claims, counterclaims and crossclaims in the above matter are dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| **TOBII TECHNOLOGY, INC.** | **LEE S. WEINBLATT** |
| By: *s/Gregory D. Miller/*<br>  GREGORY D. MILLER | By: *s/Steven M. Richman/*<br>  STEVEN M. RICHMAN |
| **RIVKIN RADLER LLP**<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, New Jersey 07601 | **CLARK HILL**<br>210 Carnegie Center<br>Suite 201<br>Princeton, NJ 08540 |
| Dated: December 29, 2021 | Dated: December 29, 2021 |

It is SO ORDERED this __29TH__ day of __DEC.__ 2021.

_____
HONORABLE BRIAN R. MARTINOTTI
United States District Judge

1